Douglas Pahl, OR Bar No. 950476
DPahl@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Counsel for Plaintiff
*15005 NW Cornell LLC*

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>15005 NW CORNELL LLC, and<br><br>VAHAN M. DINIHANIAN, JR.<br><br>Debtors.[1] | Bankruptcy Case No. 19-31883-dwh11 |
| 15005 NW CORNELL LLC, an Oregon limited liability corporation,<br><br>Plaintiff,<br><br>v.<br><br>TASHA TEHERANI-AMI, fka TASHA DINIHANIAN, an individual,<br><br>Defendant. | Adv. Proc. No. _____<br><br>**COMPLAINT TO AVOID FRAUDULENT TRANSFER PURSUANT TO 11 U.S.C. § 544(b) AND ORS 95.230-280**<br><br>Prayer:  Avoidance of Deed of Trust |

15005 NW Cornell LLC ("**Plaintiff**"), for its causes of action against Defendant states, claims, and alleges as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: 15005 NW Cornell LLC (5523) and Vahan M. Dinihanian, Jr. (0871) (Case No. 19-31886-dwh11)).

PAGE  1-   COMPLAINT

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Case 19-03096-dwh    Doc 1    Filed 09/20/19

**THE PARTIES**

**1.**

Plaintiff is a manager-managed Oregon limited liability company. Plaintiff is 50% owned by Eagle Holdings LLC and 50% owned by the Sonja Dinihanian GST Trust DTS 1/1/11. Vahan M. Dinihanian, Jr. ("**Dinihanian**") is the Plaintiff's Manager, as provided in Plaintiff's Operating Agreement.

**2.**

Plaintiff filed a voluntary petition under chapter 11 of the United States Bankruptcy Code on May 21, 2019, in the United States Bankruptcy Court for the District of Oregon, entitled *In re 15005 NW Cornell LLC*, Case Number 19-31883-dwh11 (the "**Chapter 11 Case**").

**3.**

Tasha Teherani-Ami, formerly known as Tasha Dinihanian ("**Defendant**"), is a resident of the State of Oregon and at all material times has resided in or around the City of Portland, State of Oregon.

**JURISDICTION AND VENUE**

**4.**

Pursuant to the provisions of 28 U.S.C. § 157(b)(1) and 28 U.S.C. § 157(b)(2)(H) and (O), (a) this Court has jurisdiction over the subject matter of this adversary proceeding and (b) this matter is a core proceeding.

**5.**

Venue is proper pursuant to the provisions of 28 U.S.C. § 1409(a).

**FACTS**

**6.**

On or about August 22, 2012, Defendant filed a petition for dissolution of her marriage to Dinihanian in the Multnomah County Circuit Court, Case No. 1208-68730 (the "**Divorce Proceeding**").

PAGE 2- COMPLAINT

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Case 19-03096-dwh    Doc 1    Filed 09/20/19

**7.**

Defendant and Dinihanian agreed to the entry of General Judgment of Dissolution of Marriage (the "**Judgment**"), entered on the court's registry on March 22, 2016.

**8.**

The Judgment included an obligation on the part of Dinihanian to pay Defendant $2.25 million ("**Defendant's Claim**") no later than January 6, 2019.

**9.**

The Judgment required Defendant's Claim to be secured by, among other collateral, a Trust Deed, Security Agreement, Assignment of Leases and Rents, and Fixture Filing (the "**Trust Deed**"), executed by Plaintiff, as grantor, encumbering real property commonly known as 15005 NW Cornell Road, Beaverton, OR 97006." (the "**Cornell Property**").

**10.**

Plaintiff was not a party to the Divorce Proceedings or the Judgment. Plaintiff did not stipulate to the Judgment.

**11.**

Dinihanian caused Plaintiff to execute the Trust Deed on or about February 1, 2016 and to thereafter deliver it to Defendant.

**12.**

Defendant caused the Trust Deed to be recorded, creating a security interest in the Cornell Property (the "**Transfer**"), on February 8, 2016, as Recording No. 2016-008669, in the records of Washington County, Oregon.

**13.**

Plaintiff received no consideration in exchange for the Transfer.

**14.**

Plaintiff was not indebted to Defendant prior to the conclusion of the Divorce Proceedings.

PAGE 3- COMPLAINT

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Case 19-03096-dwh    Doc 1    Filed 09/20/19

**15.**

At the time of the Transfer, Plaintiff's sole or primary asset was and continues to be its interest in the Cornell Property.

**16.**

At the time of the Transfer, Plaintiff generated no revenue, through its interest in the Cornell Property or otherwise.

**17.**

Since the Transfer, Plaintiff has made repeated efforts, without success, to borrow against its interest in the Cornell Property to pay its debts as they come due, including Defendant's Claim.

**CLAIM FOR RELIEF**
**(Avoidance)**

**18.**

Plaintiff re-alleges paragraphs 1-17 above.

**19.**

Under 11 U.S.C. § 544(b) and 550, Plaintiff, with the powers of a trustee pursuant to 11 U.S.C. § 1107(a), may avoid a transfer of an interest in property of a debtor from a transferee that is avoidable under applicable non-bankruptcy law.

**20.**

Plaintiff made the Transfer to Plaintiff within four (4) years of the commencement of this adversary proceeding. Oregon Revised Statutes ("ORS") 95.280(2). Plaintiff executed the Trust Deed on or about February 1, 2016, and Defendant caused the Trust Deed to be recorded on February 8, 2016.

**21.**

Plaintiff did not receive reasonably equivalent value in exchange for the Transfer. ORS 95.230(1)(b), ORS 240(1).

PAGE 4- COMPLAINT

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Case 19-03096-dwh    Doc 1    Filed 09/20/19

**22.**

Plaintiff received no value in exchange for the Transfer.

**23.**

At the time it was made, (a) Plaintiff was insolvent, or (b) the Transfer caused, or Plaintiff should have believed the Transfer would cause, Plaintiff to become insolvent by incurring debts beyond its ability to pay its debts as they became due. ORS 95.210(2), ORS 95.230(1)(b)(B), ORS 240(1).

**24.**

Plaintiff became unable to pay its debts as they became due.

**25.**

Pursuant to ORS 95.230, 95.240 and 95.260, applicable to this proceeding through 11 U.S.C. §§ 544(b) and 550, the Transfer is avoidable.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for relief as follows:

A. Entry of judgment avoiding the security interest created by the filing of the Trust Deed; and

B. Such further and equitable relief as the Court deems just and equitable.

Dated: September 20, 2019     **PERKINS COIE LLP**

By: */s/ Douglas R. Pahl*
Douglas R. Pahl, OSB No. 950476
DPahl@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Counsel for Plaintiff
*15005 NW Cornell LLC*

PAGE 5- COMPLAINT

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Case 19-03096-dwh   Doc 1   Filed 09/20/19