Eleanor A. DuBay, OSB No. 073755
TOMASI SALYER MARTIN
121 SW Morrison St, Suite 1850
Portland, OR 97204
edubay@tomasilegal.com
Phone: (503) 894-9900
    Attorneys for Tasha Teherani-Ami

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>15005 NW Cornell LLC, and<br>Vahan M. Dinihanian, Jr.,<br><br>    Debtors. | Bankruptcy Case No.: 19-31883-dwh-11 |
| 15005 NW Cornell LLC, an Oregon limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>Tasha Teherani-Ami, fka Tasha Dinihanian, an individual,<br><br>    Defendant. | Adv. Pro. No.: 19-03096-dwh<br><br>**DEFENDANT'S ANSWER TO COMPLAINT TO AVOID FRAUDULENT TRANSFER PURSUANT TO 11 U.S.C. § 544(b) AND ORS 95.230-280** |

    Defendant Tasha Teherani-Ami, fka Tasha Dinihanian ("Defendant" or "Creditor") hereby answers Plaintiff 15005 NW Cornell LLC's ("Plaintiff" or "15005 LLC") Complaint to Avoid Fraudulent Transfer Pursuant to 11 U.S.C. § 544(b) and ORS 95.230-280 (the "Complaint") as follows:

TEHERA-B1\00485368.000
Page 1 - DEFENDANT'S ANSWER TO COMPLAINT TO AVOID FRAUDULENT TRANSFER PURSUANT TO 11 U.S.C. § 544(b) AND ORS 95.230-280

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

Case 19-03096-dwh   Doc 10   Filed 10/21/19

1.

Answering paragraph 1, Defendant is without sufficient information to form a belief as to the truth of the matters alleged therein and on that basis denies the allegations of paragraph 1.

2.

Answering paragraph 2, Defendant admits that a voluntary petition under the United States Bankruptcy Code was filed by Plaintiff in Case No. 19-31883-dwh11.

3.

Answering paragraph 3, Defendant admits the allegations contained therein.

4.

Answering paragraph 4, the allegations contained therein are legal conclusions to which no response is required; to the extent a response is required Defendant denies the allegations contained therein.

5.

Answering paragraph 5, the allegations contained therein are legal conclusions to which no response is required; to the extent a response is required Defendant denies the allegations contained therein.

6.

Answering paragraph 6, Defendant admits the allegations contained therein.

7.

Answering paragraph 7, Defendant admits the allegations contained therein.

8.

Answering paragraph 8, Defendant admits the allegations contained therein.

TEHERA-B1\00485368.000

Page 2 - DEFENDANT'S ANSWER TO COMPLAINT TO AVOID FRAUDULENT TRANSFER PURSUANT TO 11 U.S.C. § 544(b) AND ORS 95.230-280

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

Case 19-03096-dwh    Doc 10    Filed 10/21/19

9.

Answering paragraph 9, Defendant admits the allegations contained therein.

10.

Answering paragraph 10, Defendant denies the allegations contained therein.

11.

Answering paragraph 11, Defendant admits the allegations contained therein.

12.

Answering paragraph 12, Defendant admits the allegations contained therein.

13.

Answering paragraph 13, Defendant denies the allegations contained therein.

14.

Answering paragraph 14, the allegations contained therein are legal conclusions to which no response is required; to the extent a response is required Defendant denies the allegations contained therein.

15.

Answering paragraph 15, Defendant is without sufficient information to form a belief as to the truth of the matters alleged therein and on that basis denies the allegations of paragraph 15.

16.

Answering paragraph 16, Defendant is without sufficient information to form a belief as to the truth of the matters alleged therein and on that basis denies the allegations of paragraph 16.

TEHERA-B1\00485368.000

Page 3 - DEFENDANT'S ANSWER TO COMPLAINT TO AVOID FRAUDULENT TRANSFER PURSUANT TO 11 U.S.C. § 544(b) AND ORS 95.230-280

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

Case 19-03096-dwh    Doc 10    Filed 10/21/19

17.

Answering paragraph 17, Defendant is without sufficient information to form a belief as to the truth of the matters alleged therein and on that basis denies the allegations of paragraph 17.

18.

Answering paragraph 18, Defendant realleges and incorporates its responses to paragraphs 1 to 17 of Plaintiff's Complaint.

19.

Answering paragraph 19, the allegations contained therein are legal conclusions to which no response is required; to the extent a response is required Defendant denies the allegations contained therein.

20.

Answering paragraph 20, the allegations contained therein are legal conclusions to which no response is required; to the extent a response is required Defendant denies the allegations contained therein.

21.

Answering paragraph 21, the allegations contained therein are legal conclusions to which no response is required; to the extent a response is required Defendant denies the allegations contained therein.

22.

Answering paragraph 22, the allegations contained therein are legal conclusions to which no response is required; to the extent a response is required Defendant denies the allegations contained therein.

TEHERA-B1\00485368.000

Page 4 - DEFENDANT'S ANSWER TO COMPLAINT TO AVOID FRAUDULENT TRANSFER PURSUANT TO 11 U.S.C. § 544(b) AND ORS 95.230-280

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

Case 19-03096-dwh    Doc 10    Filed 10/21/19

23.

Answering paragraph 23, the allegations contained therein are legal conclusions to which no response is required; to the extent a response is required Defendant denies the allegations contained therein.

24.

Answering paragraph 24, the allegations contained therein are legal conclusions to which no response is required; to the extent a response is required Defendant denies the allegations contained therein.

25.

Answering paragraph 25, the allegations contained therein are legal conclusions to which no response is required; to the extent a response is required Defendant denies the allegations contained therein.

26.

Except as otherwise admitted and alleged above, Defendant denies the remaining allegations of Plaintiff's Complaint.

**AFFIRMATIVE DEFENSES**

Defendant sets forth below the following affirmative defenses to the allegations contained in Plaintiff's Complaint.

27.

**FIRST AFFIRMATIVE DEFENSE**

**(Failure to State a Claim Upon Which Relief Can Be Granted)**

Defendant alleges that the Complaint fails to state facts sufficient to state a cause of action against Defendant for which relief can be granted.

TEHERA-B1\00485368.000

Page 5 - DEFENDANT'S ANSWER TO COMPLAINT TO AVOID FRAUDULENT TRANSFER PURSUANT TO 11 U.S.C. § 544(b) AND ORS 95.230-280

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

Case 19-03096-dwh    Doc 10    Filed 10/21/19

28.

## SECOND AFFIRMATIVE DEFENSE

### (Estoppel)

Defendant alleges that the claims set forth in the Complaint are barred by the doctrine of estoppel based on the conduct of Plaintiff and/or the party who made the obligation secured by the Trust Deed.

29.

## THIRD AFFIRMATIVE DEFENSE

### (Reasonably Equivalent Value)

Defendant alleges that Plaintiff's claims are barred because Plaintiff received reasonably equivalent value in exchange for executing the subject Trust Deed.

30.

## FOURTH AFFIRMATIVE DEFENSE

### (Not Insolvent I)

Defendant alleges that Plaintiff's claims are barred because at the time the subject Trust Deed was executed, Plaintiff was not insolvent or rendered insolvent thereby in terms of its assets exceeded its debts.

31.

## FOURTH AFFIRMATIVE DEFENSE

### (Not Insolvent II)

Defendant alleges that Plaintiff's claims are barred because at the time the subject Trust Deed was executed, Plaintiff was not insolvent or rendered insolvent thereby in terms of Plaintiff and/or the party who made the obligation secured by the Trust Deed was generally paying its debts as they became due.

/ / /

/ / /

/ / /

TEHERA-B1\00485368.000

Page 6 - DEFENDANT'S ANSWER TO COMPLAINT TO AVOID FRAUDULENT TRANSFER PURSUANT TO 11 U.S.C. § 544(b) AND ORS 95.230-280

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

Case 19-03096-dwh    Doc 10    Filed 10/21/19

32.

## FIFTH AFFIRMATIVE DEFENSE

### (Good Faith)

Defendant alleges that Plaintiff's claims are barred because Defendant received the subject Trust Deed in good faith and for value.

33.

## SIXTH AFFIRMATIVE DEFENSE

### (Attorney Fees)

Pursuant to the terms of the Trust Deed, Defendant is entitled to an award of her reasonable attorney fees and costs incurred in defending this action if she prevails.

## RESERVATION OF AFFIRMATIVE DEFENSES

Defendant reserves the right to advance other affirmative defenses if appropriate after the discovery process is completed, as well as to amend this Answer.

PRAYER FOR RELIEF

WHEREFORE, Defendant prays that:

1. Plaintiff takes nothing by the Complaint;

2. A judgment for Defendant's reasonable attorney fees and costs for defending this action be awarded to Defendant pursuant to the Trust Deed; and

3. For such other and further relief as the Court may deem just and proper.

Dated: October 21, 2019.

TOMASI SALYER MARTIN

By: /s/ Eleanor A. DuBay
Eleanor A. DuBay, OSB #073755
(503) 894-9900
edubay@tomasilegal.com
Of Attorneys for Defendant Tasha Teherani-Ami

TEHERA-B1\00485368.000

Page 7 - DEFENDANT'S ANSWER TO COMPLAINT TO AVOID FRAUDULENT TRANSFER PURSUANT TO 11 U.S.C. § 544(b) AND ORS 95.230-280

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

Case 19-03096-dwh    Doc 10    Filed 10/21/19

# CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2019 I served a copy of the foregoing **DEFENDANT'S ANSWER TO COMPLAINT TO AVOID FRAUDULENT TRANSFER PURSUANT TO 11 U.S.C. § 544(b) AND ORS 95.230-280** by electronic means using ECF to the parties listed below:

STEPHEN P ARNOT on behalf of U.S. Trustee US Trustee, Portland
steve.arnot@usdoj.gov

NICHOLAS J HENDERSON on behalf of Debtor Vahan M. Dinihanian, Jr. and Jointly Administered Debtor Vahan M. Dinihanian, Jr.
nhenderson@portlaw.com,
tsexton@portlaw.com;mperry@portlaw.com;hendersonnr86571@notify.bestcase.com

ELAYNA Z MATTHEWS on behalf of Creditor Columbia State Bank
elayna@sglaw.com, ktate@sglaw.com

BRUCE H ORR on behalf of Interested Party Tasha Teherani-Ami, in her capacity as the trustee of the Sonja Dinihanian GST Trust DTS 1/1/11
bho@wysekadish.com, tn@wysekadish.com;drw@wysekadish.com

ERICH M PAETSCH on behalf of Creditor Columbia State Bank
epaetsch@sglaw.com, ktate@sglaw.com

DOUGLAS R PAHL on behalf of Debtor 15005 NW Cornell LLC; Interested Party 15005 NW Cornell LLC; and Plaintiff 15005 NW Cornell LLC
dpahl@perkinscoie.com, nlesage@perkinscoie.com;docketpor@perkinscoie.com

TROY SEXTON on behalf of Jointly Administered Debtor Vahan M. Dinihanian, Jr.
tsexton@portlaw.com, nhenderson@portlaw.com,mperry@portlaw.com,troy-sexton-4772@ecf.pacerpro.com

DANIEL L STEINBERG on behalf of Creditor Cornell Rd LLC and Creditor Lillian Logan
Daniel.Steinberg@jordanramis.com, Litparalegal@jordanramis.com

US Trustee, Portland
USTPRegion18.PL.ECF@usdoj.gov

Dated: October 21, 2019.   TOMASI SALYER MARTIN

By: /s/ Eleanor A. DuBay
Eleanor A. DuBay, OSB #073755
(503) 894-9900
edubay@tomasilegal.com
Of Attorneys for Defendant Tasha Teherani-Ami

TEHERA-B1\00485368.000

Page 8 - DEFENDANT'S ANSWER TO COMPLAINT TO AVOID FRAUDULENT TRANSFER PURSUANT TO 11 U.S.C. § 544(b) AND ORS 95.230-280

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

Case 19-03096-dwh    Doc 10    Filed 10/21/19